UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BARKER,<br><br>    Plaintiff,<br><br>  v.<br><br>INSIGHT GLOBAL, LLC, et al.,<br><br>    Defendants. | Case No. 5:16-cv-07186-BLF (HRL)<br><br>**INTERIM ORDER RE DISCOVERY DISPUTE JOINT REPORT NO. 6**<br><br>Re: Dkt. No. 107 |

The plaintiff is ordered forthwith to file page 11, which is missing from both the e-filed version and the chambers copy of Discovery Dispute Joint Report No. 6.

SO ORDERED.

Dated: September 12, 2017

HOWARD R. LLOYD
United States Magistrate Judge