United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BARKER,<br><br>    Plaintiff,<br><br>v.<br><br>INSIGHT GLOBAL, LLC, et al.,<br><br>    Defendants. | Case No. 5:16-cv-07186-BLF (HRL)<br><br>**INTERIM ORDER RE DISCOVERY DISPUTE JOINT REPORT NO. 10**<br><br>Re: Dkt. No. 142 |

Plaintiff shall forthwith lodge with chambers:

(1) the "spreadsheets" produced by Insight in response to the requests for production at issue; and

(2) the portions of the depositions of Bean and Gonsalves cited by plaintiff.

SO ORDERED.

Dated: November 22, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge