United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BARKER,<br><br>    Plaintiff,<br><br>v.<br><br>INSIGHT GLOBAL, LLC, et al.,<br><br>    Defendants. | Case No. 16-cv-07186-BLF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>[Re: ECF 156] |

Previously, the Court extended Plaintiff John Barker's deadline to file amended pleadings to December 15, 2017. ECF 115. On December 15, 2017, Barker filed a Motion for Leave to File a Third Amended Complaint, seeking to add claims regarding the validity and enforceability of non-solicitation of employees provisions in Defendant Insight Global, LLC's employment agreements.[1] ECF 156. No opposition has been filed, and the deadline to do so has passed.

Upon reviewing the papers submitted by Barker, the Court finds that there is good cause under the liberal standard of Rule 15 to permit Barker to amend his complaint. Accordingly, IT IS HEREBY ORDERED that:

(1) Barker's Motion for Leave to File a Third Amended Complaint is GRANTED.

(2) Barker shall file his proposed Third Amended Complaint attached as Exhibit 6 to the Declaration of Tyler M. Paetkau (ECF 156-1) **on or before January 12, 2018**.

(3) Upon filing of the Third Amended Complaint, Defendants' Partial Motion to Dismiss the Second Amended Complaint at ECF 157 shall be TERMINATED as moot and the hearing for Defendants' Partial Motion to Dismiss the Second Amended Complaint

---

[1] The other Defendant in this action is Insight Global's employee benefit plan, Second Amended and Restated Insight Global, LLC 2013 Incentive Unit Plan.

shall be VACATED without further notice.

**IT IS SO ORDERED.**

Dated: January 2, 2018

_____
BETH LABSON FREEMAN
United States District Judge