UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BARKER,<br><br>          Plaintiff,<br><br>     v.<br><br>INSIGHT GLOBAL, LLC, et al.,<br><br>          Defendants. | Case No. 16-cv-07186-BLF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND SETTING BRIEFING SCHEDULE**<br><br>[Re: ECF 187] |

Before the Court is Plaintiff's Motion for Leave to File Motion for Reconsideration ("Motion for Leave"). ECF 187. Plaintiff's Motion for Leave discusses a purported change in law that took place after the Court's order dismissing in part Plaintiff's third amended complaint (ECF 176). Pursuant to Civil Local Rule 7-9, the Court hereby GRANTS Plaintiff's Motion for Leave at ECF 187.

As noted by Plaintiff, Plaintiff's Motion for Reconsideration has already been filed as Exhibit 1 to ECF 187-1. However, the Court is concerned with what appears to be excessive footnoting not in compliance with the undersigned's Standing Order re Civil Cases. Thus, Plaintiff shall re-file his motion with footnotes double spaced and in 12-point font. The content of the motion is not to change, although it may be shortened in order to satisfy the 10-page limit.

Accordingly, the Court sets the following briefing schedule:

| Event | Deadline |
|---|---|
| Plaintiff's Motion for Reconsideration Re-filed | November 20, 2018 |
| Opposition Filed | November 30, 2018 |
| Reply Filed | December 7, 2018 |

Page limits shall be 10-10-5 for the motion, opposition, and reply, if any.

**IT IS SO ORDERED.**

Dated: November 14, 2018

_____
BETH LABSON FREEMAN
United States District Judge