# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOHN BARKER,<br>　　　　Plaintiff,<br>　　v.<br>INSIGHT GLOBAL, LLC, et al.,<br>　　　　Defendants. | Case No.16-cv-07186-BLF (VKD)<br><br>**INTERIM ORDER RE PENDING DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 198, 199 |
| INSIGHT GLOBAL, LLC,<br>　　　　Plaintiff,<br>　　v.<br>BEACON HILL STAFFING GROUP, LLC,<br>　　　　Defendant. | Case No.17-cv-00309-BLF (VKD)<br><br>Re: Dkt. Nos. 49, 50, 51, 52, 53 |

On January 18, 2019, the Court held a discovery hearing and conducted an extended discussion with the parties regarding their seven pending discovery disputes in these related actions. As discussed, the parties shall confer further about the possible resolution of those matters. By January 28, 2019, the parties shall file a joint status report advising as to (1) any issues that have been resolved; (2) any issues that remain in dispute; and (3) whether a telephonic discovery conference would be helpful.

**IT IS SO ORDERED.**

Dated: January 18, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge