UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BARKER,<br><br>    Plaintiff,<br><br>v.<br><br>INSIGHT GLOBAL, LLC, et al.,<br><br>    Defendants. | Case No.16-cv-07186-BLF (VKD)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY HEARING**<br><br>Re: Dkt. No. 207 |
| INSIGHT GLOBAL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BEACON HILL STAFFING GROUP, LLC,<br><br>    Defendant. | Case No.17-cv-00309-BLF (VKD) |

The parties having requested a further hearing regarding their pending discovery disputes, a telephonic hearing is set for February 12, 2019, 10:00 a.m. Counsel shall arrange for appearance via CourtCall, 866-582-6878.

The parties shall confer regarding Beacon Hill's objections to Insight Global's January 25, 2019 Rule 30(b)(6) deposition notice. Any objections that are not resolved, including objections as to location and duration of the deposition, may be addressed in a joint discovery letter brief that must be filed no later than February 8, 2019.

**IT IS SO ORDERED.**

Dated: January 29, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge