UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN BARKER,

        Plaintiff,

   v.

INSIGHT GLOBAL, LLC, et al.,

        Defendants.

Case No.16-cv-07186-BLF (VKD)

**ORDER RE NINTH CIRCUIT AUTHORITY**

During this morning's discovery hearing, defense counsel referenced Ninth Circuit authority for the proposition that California law does not apply to certain provisions of the ERISA plan at issue in this action. By close of business today, defendant's counsel shall email the citation(s) for that authority to courtroom deputy Patricia Cromwell, and copy plaintiff's counsel on the email. The email shall not contain any argument or discussion. Ms. Cromwell's email address is vkdcrd@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: February 12, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge