UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BARKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INSIGHT GLOBAL, LLC, et al.,<br><br>　　　　　Defendants. | Case No.16-cv-07186-BLF (VKD)<br><br>**ORDER RE EXCPERTS FROM INSIGHT GLOBAL'S RULE 30(B)(6) DEPOSITION** |

In connection with a pending discovery dispute concerning Insight Global's Rule 30(b)(6) deposition, Mr. Barker and Beacon Hill submitted excerpts of the testimony of David Lowance, Insight Global's designated deponent. Although this Court previously directed Mr. Barker and Beacon Hill to file those deposition excerpts in compliance with Civil Local Rule 79-5, which governs requests to file material under seal (Dkt. Nos. 234, 235), they have not yet done so.

In view of the approaching May 1, 2019 fact discovery cutoff, and the time-sensitive nature of the pending discovery dispute, the Court will provisionally file under seal the deposition excerpts previously submitted by Mr. Barker and Beacon Hill *in camera*. Inasmuch as the Court understands that Insight Global contends that those deposition excerpts should be sealed, Insight Global is directed to file declaration(s) in compliance with Civil Local Rule 79-5(e), establishing that all of the designated material is sealable. Insight Global's declaration(s) must be filed no later than April 29, 2019. If Insight Global fails to file any declarations as directed, the Court will order the deposition excerpts to be unsealed, in their entirety, without further notice.

**IT IS SO ORDERED.**

Dated: April 24, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge